UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 22-22795-CIV-ALTONAGA/Damian

JESUS GONZALEZ,

    Plaintiff,

v.

THE TJX COMPANIES, INC.
d/b/a TJMAXX #1080271

    Defendant
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff, JESUS GONZALEZ, by and through the undersigned counsel, and pursuant to Rule 41(a), Fed. R. Civ. P., hereby gives notice that he voluntarily dismisses this action, with prejudice against, Defendants, THE TJX COMPANIES, INC., d/b/a TJMAXX #1080271, and respectfully requests this Court to terminate the action.

Respectfully submitted this December 12, 2022.

                                          By: */s/ J. Courtney Cunningham*
                                          J. Courtney Cunningham, Esq.
                                          Florida Bar No.: 628166
                                          J. COURTNEY CUNNINGHAM, PLLC
                                          8950 SW 74th Court, Suite 2201
                                          Miami, Florida 33156
                                          T:  305-351-2014
                                          cc@cunninghampllc.com
                                          legal@cunninghampllc.com

                                          *Counsel for Plaintiff*

**Gonzalez v. The TJX Companies, Inc.**
**Case No.: 22-cv-22795-CMA**

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 12, 2022, an electronic copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties and Counsel of record.

By: */s/ J. Courtney Cunningham*
J. Courtney Cunningham, Esq.
Florida Bar No.: 628166
J. COURTNEY CUNNINGHAM, PLLC
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
T:  305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

*Counsel for Plaintiff*